IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW J. NICOLAS,<br><br>    Defendant. | **4:11CR3008**<br><br>**RELEASE ORDER** |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:30 p.m. on February 10, 2021

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

 a. Defendant shall begin a medication regimen as recommended by Lutheran Family Services after completion of his evaluation.

 b. Defendant shall get an updated substance abuse evaluation.

 c. Defendant shall attend all appearances scheduled in his state court case.

 d. Defendant shall obtain and comply with Interlock on vehicle.

November 12, 2020.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge