IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW J. NICOLAS,<br><br>    Defendant. | 4:11CR3008<br><br>ORDER |

After conferring with United States District Judge Richard G. Kopf, and at his direction,

IT IS ORDERED:

1) Defendant's motion for temporary release from custody, (Filing No. 87), is granted.

2) Defendant shall be released from the Saline County Jail to his mother, Margaret Nicolas, at 8:30 a.m. on January 18, 2022 to attend the funeral of his aunt, Marylou Mason, at Evergreen Cemetary on 2300 South 78th Street, in Omaha, Nebraska. Defendant's mother will return the defendant to the Saline County Jail by 6:00 p.m. on January 18, 2022.

3) Defendant's mother, Margaret Nicolas, will remain with the defendant at all times during this temporary release.

Dated this 17th day of January, 2022.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge